IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01442–JLK–KMT

ISSA BAILOT,

    Plaintiff,

v.

MEDICAL CREDIT MANAGEMENT COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to File First Amended Complaint" (# 6, filed September 10, 2009) is GRANTED. The Clerk of Court is directed to file the "First Amended Complaint and Jury Demand" (Doc. No. 6-2).

Accordingly, "Defendant Medical Credit Management Company's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6)" (Doc. No. 3) is DENIED as moot, as it is directed at a non-operative complaint.

Dated: September 11, 2009