IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1442-JLK-KMT**

**ISSA BAILOT**,

       Plaintiff,

v.

**MEDICAL CREDIT MANAGEMENT COMPANY,**

       Defendant.

## ORDER OF DISMISSAL

Kane, J.

In light of the Stipulation to Dismiss Pursuant to Settlement (doc. #23), filed January 29, 2010, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated:  February 1, 2010

                                              BY THE COURT:

                                              *S/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT